UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 20-10737-DMG (Ex)** | Date September 22, 2022 |
| Title *Isabella Batista v. Irwin Naturals* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of the parties' stipulation of dismissal filed on September 20, 2022 [Doc. # 33], the Court hereby **DISMISSES** this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each side to bear their own fees and costs. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.